**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
FEB - 6 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

In re:
Laurel Greenstein

BAP/USDC NO.: 17-cv-08373
CASE NO.: 1:12-bk-15099-MB
ADVERSARY NO.: 1:15-ap-01220-MB
APPEAL DOCKET ENTRY NO.: 168

Debtor(s)

Laurel Greenstein

FILED
CLERK, U.S. DISTRICT COURT
2/7/18
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

Plaintiff(s)

**CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL**

vs.

Wells Fargo Bank, NA, The Duran Family Trust, Patricia M Duran, Marty S Duran, Robert Lindaman, John Stumpf, Robert Bailey, Robert Little, Marisol Nagata, Dean Reeves, Steven Wolvek, Roger Lipkis.

Defendant(s)

To the Clerk of the:
☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ U.S. District Court
☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Pro Se

Attorney of Record for Appellee:
Robert A. Bailey, Attorney for Wells Fargo Bank, N.A.

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
☐ No transcripts were requested by either the Appellant or Appellee.
☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 02/06/2018    By: _____
Deputy Clerk

July 2015                                           APPEAL.CERTIFICATE.READINESS

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the U.S. Trustee

    ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    ☒ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other Parties Served by NEF:
    Robert A. Bailey - Attorney for Wells Fargo Bank, NA and John Stumpf
    Steven Wolvek
    Marisol Nagata
    Gerald Sims, Attorney for Duran Family Trust, Patricia Duran, Marty A. Duran

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

    Laurel Greenstein